1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ULTRATECH, INC.,,                      No. C 03-03235 CRB

12              Plaintiff,                  **ORDER RE: QUESTIONS FOR ORAL**
                                            **ARGUMENT**
13        v.

14   TAMARACK SCIENTIFIC CO.,

15              Defendant.
                                    /
16

17        The Court will hold oral argument on the parties' various motions regarding invalidity

18   at 10:00 a.m. on May 13, 2005.  Oral argument shall be limited to the issues raised by the

19   following questions:

20   1.     If in 1990 one had designed an exposure and alignment system using a Cognex pattern

21   recognition system that could not be re-programmed to recognize any new or different

22   fiducials, would such a system satisfy IBM's demand for a system with the flexibility to

23   recognize different fiducials in the future?

24

25   2.     When Professor Oldham opines that the Cognex 2000 and 3400 do not have a

26   "'command interface' to rapidly reconfigure the system to enable the user to select and use

27   arbitrary key and target patterns for alignment," Hale Decl. Exh. 16 at ¶ 19, does he mean

28   that they do not permit the user to select the key and target patterns at the time of operation?

     If not, what is he talking about?

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1    3.     Does Ultratech dispute that an exposure and alignment system utilizing Cognex 2000

2    or 3400 could have been reprogrammed--prior to (but not during) alignment--to recognize

3    any fiducial selected by the user of the system?  Does it dispute that IBM used earlier

4    Tamarack off-axis exposure and alignment systems to do just that?

5

6    4.     What does Professor Oldman mean when he says that the '813 requires "key and

7    target patterns that are arbitrary and user selectable, for use in alignment?" Hale Decl. Exh.

8    16 at ¶ 15.  Similarly, what is meant by a system utilizing Cognex could be designed to have

9    "no functionality to learn and store arbitrary and user selectable key and target patterns on the

10   reticle and substrate?"  Id. ¶ 18.  Does he mean that the '813 requires the user at the time of

11   operation to "select" a pattern that has not been previously learned and stored in memory?

12

13   5.     What does footnote 5 in In Re Caveney, 761 F.2d 671, 675 (Fed. Cir. 1985) mean?

14          **IT IS SO ORDERED.**

15

16

17   Dated: May 11, 2005                          _____/s/_____

                                                  CHARLES  R. BREYER
18                                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28