IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC.,                          No. C 03-03235 CRB

       Plaintiff,                        **ORDER**

   v.

TAMARACK SCIENTIFIC CO.,

       Defendant.
_____/

       On May 17, 2005, the Court issued a Memorandum and Order granting Tamarack Scientific's motion for summary judgment of invalidity on all claims on which the Court had previously granted summary judgment of infringement. After considering the parties' submissions on what, if anything, remains to be tried in this case, the Court concludes that no trial is necessary and that judgment should be issued forthwith.

       The Court will not address Tamarack's motion for summary judgment on the withdrawn models. As the models were not included in Ultratech's Final Infringement Contentions they are not at issue in this case.

       The Court declines Tamarack's invitation to hold a bench trial on its inequitable conduct defense. The Court will not hold a bench trial based on the possibility that Ultratech may in the future file claims that it withdrew from this lawsuit. If the appellate court reverses any of the Court's rulings in this matter, the inequitable conduct issue can be

1  addressed at that time.  See Tamarack's Memorandum at 2 n.1.
2       Finally, the Court may consider Ultratech's alleged inequitable conduct in connection
3  with Tamarack's motion for attorneys' fees without holding a bench trial on Tamarack's
4  inequitable conduct defense.  After reviewing the parties' submissions in connection with
5  any post-trial motion for attorneys' fees, the Court can determine if an evidentiary hearing is
6  necessary and, if so, the scope of such hearing.
7       Accordingly, the June 6, 2005 trial date is VACATED.
8       **IT IS SO ORDERED.**

10  Dated: May 23, 2005                              /s/
                                        CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE