JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
WILLIAM C. MILKS, III (State Bar No. 114083)
RUSSO & HALE LLP
401 Florence St.
Palo Alto, CA 94301
Tel.: 650-327-9800
Fax: 650-327-3737

Attorneys for Plaintiff and Counterdefendant
ULTRATECH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ULTRATECH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TAMARACK SCIENTIFIC CO., INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 03-03235 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES IN EXCESS OF PAGE LIMIT PURSUANT TO LOCAL RULE 7-11**<br><br>Hearing Date: July 14, 2005<br>Time:          10:00 a.m.<br>Place:         Courtroom 8<br>Before:        Hon. Charles R. Breyer<br>               United States District Judge |

**ORDER**

Plaintiff Ultratech, Inc. ("Ultratech") having made an ex parte application to file its Opposition to Defendant Tamarack Scientific, Inc.'s Motion for Attorney's Fees and Non-Taxable Costs (the "Opposition") in excess of the page limit, not to exceed thirty-five (35) pages,

WHEREAS there is good cause shown, as set forth in the application, the Court hereby GRANTS Ultratech's application to file the Opposition in excess of the page limit, not to exceed thirty-five (35) pages.

IT IS SO ORDERED.

SIGNED on this the   24   day of   June        , 2005.

APPROVED
Charles R. Breyer

HONORABLE CHARLES H. BREYER
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2005

Respectfully submitted,

RUSSO & HALE LLP

By:   /s/ Jack Russo
     Jack Russo
     Tim C. Hale
     John Kelley
     William C. Milks, III

Attorneys for Plaintiff
ULTRATECH, INC.