IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC., | No. C 03-03235 CRB |
|     Plaintiff, | **ORDER** |
|   v. | |
| TAMARACK SCIENTIFIC CO., | |
|     Defendant. / | |

    Now pending before the Court is Ultratech's motion for taxation of costs.  The oral argument scheduled for August 26, 2005 is VACATED.  The Court will decide the matter on the papers.

    **IT IS SO ORDERED.**

Dated: August 15, 2005

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE