1  JAN P. WEIR, STATE BAR NO. 106652
   STEVEN M. HANLE, STATE BAR NO. 168876
2  JENNIFER A. TRUSSO, STATE BAR NO. 198579
   STRADLING YOCCA CARLSON & RAUTH
3  A Professional Corporation
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone:(949) 725-4000
5  Fax:(949) 725-4100
   E-mail: jweir@sycr.com
6
   Attorneys For Defendant and Counterclaimant
7  TAMARACK SCIENTIFIC CO., INC.

8                 UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT

10                 SAN FRANCISCO DIVISION

11 ULTRATECH, INC. a Delaware          CASE NO. C-03-03235 CRB (JLx)
   corporation,
12
                Plaintiff              [PROPOSED] ORDER GRANTING IN
13                                     PART AND DENYING IN PART
          vs.                          DEFENDANT TAMARACK SCIENTIFIC
14                                     CO., INC.'S NOTICE OF MOTION AND
   TAMARACK SCIENTIFIC CO., INC. a     MOTION TO REVIEW TAXATION OF
15 California corporation,             COSTS PURSUANT TO F.R.C.P. 54 (D)(1)

16              Defendant              Honorable Charles R. Breyer

[PROPOSED] ORDER RE: TAXATION OF COSTS                    Case No. C03 03235 (CRB)

DOCSOC/1138826v1/014183-0002

1  The Court, having considered Defendant Tamarack Scientific Co., Inc.'s ("Tamarack")
2  Motion to Review Taxation of Costs Pursuant to F.R.C.P. (D)(1 ) (the "Motion") and all
3  memoranda in support thereof and in opposition thereto, hereby GRANTS in part and DENIES
4  in part the Motion.

6  IT IS THEREFORE ORDERED that Tamarack is awarded the following costs:

7  1.  Fees for exemplification and copies of papers necessarily obtained for use in the
8  case in the amount of $8, 832.94.

10  2.  Deposition fees in the amount of $41,320.75.

12  SIGNED on this the __02__ day of __December__, 2005.



HONORABLE CHARLES H. BREYER
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

2

[[PROPOSED] ORDER RE: TAXATION OF COSTS                                  Case No. C03 03235 (CRB)
DOCSOC/1138826v1/014183-0002